**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2331**

CALVIN LATIMER,

Plaintiff - Appellant,

v.

NC DEPARTMENT OF TRANSPORTATION,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:19-cv-00465-GCM)

Submitted: March 12, 2020                    Decided: March 16, 2020

Before KING, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Calvin G. Latimer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin G. Latimer appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2018) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Latimer v. North Carolina Dep't of Transp.* No. 3:19-cv-00465-GCM (W.D.N.C. Oct. 24, 2019 & Nov. 18, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*